**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jerry OSBEY, a/k/a Little O, Defendant–Appellant.**

No. 15–6779.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Oct. 19, 2015.

Jerry Osbey, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina; Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Osbey appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Osbey,* No. 7:07–cr–00711–TMC12 (D.S.C. Apr. 16, 2015). We deny Osbey's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*